**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**


**LEE HAUFF GRAVES**                                                              **PLAINTIFF**


**vs.**                                                              **NO.: 2:07cv107-MPM-SAA**


**PURDUE PHARMA LTD.,**
**PURDUE PHARMA, INC.,**
**THE PURDUE FREDERICK COMPANY, INC.,**
**and PURDUE PHARMA L.P.**                                                              **DEFENDANTS**


**<u>ORDER</u>**

On August 19, 2008, defendant filed a motion for summary judgment [37-1] in the above

entitled action.  On March 13, 2009, however, defendant noticed the deposition of Dr. Jonathan

Lipman, and the Magistrate Judge extended the discovery deadline in this case until March 27,

2009.  The court does not intend to rule upon any summary judgment motion until discovery has

been completed, and it will therefore administratively dismiss defendant's motion for summary

judgment without prejudice to re-filing once all relevant discovery is completed.

It is therefore ordered that defendant's motion for summary judgment is dismissed

without prejudice.

So ordered, this the 20th day of March, 2009.


                                        <u>/s/ Michael P. Mills</u>
                                        CHIEF JUDGE
                                        U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF MISSISSIPPI